# UNITED STATES DISTRICT COURT
### Eastern District of California

**FILED**
Feb 17, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Vyvianna M. Quinonez

## COMMITMENT TO ANOTHER DISTRICT

Case No. 2:22-mj-00026-KJN

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 3:21-cr-02816-TWR-1 | 2:22-mj-00026-KJN | Southern District of CA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

____ Indictment   ____ Information   ____ Complaint   _X_ Other (Violation)

**charging a violation of**   18   **U.S.C.**   § 113(a)(6)

**DISTRICT OF OFFENSE**   District of Nebraska

**DESCRIPTION OF CHARGES:**
Assault resulting in serious bodily injury.

**CURRENT BOND STATUS:**
____ Bail fixed at $_____ and conditions were not met
____ Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
_X_ Other (specify) Southern District of CA Order denying release and detaining defendant.

**Representation**   _X_ Retained Own Counsel   ____ Federal Defender Organization   ____ CJA Attorney   ____ None

**Interpreter Required?**   _x_ No   ____ Yes   Language: _____

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 2/17/2022 | /s/ Kendall J. Newman |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |