**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**February 18, 2022**

U.S. District Court for the Southern District of California
333 W. Broadway, Suite 420
San Diego, CA 92101

| | |
|---|---|
| **RE:** | USA vs. VYVIANNA M. QUINONEZ |
| **USDC No.:** | 2:22–MJ–00026–KJN |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 17, 2022, transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

          Thank you,

          /s/ **A. Kastilahn**
          Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                        *(Print Name)*

NEW CASE NUMBER: _____